# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOSELIN MARTINEZ, on behalf of herself and all others similarly situated,**<br><br>      **Plaintiff**<br><br>      v.<br><br>**UNIVERSITY OF CONNECTICUT and UCONN HEALTH,**<br><br>      **Defendants.** | **CASE NO.:  3:19-cv-00416-VLB**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Yoselin Martinez, by her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses this action.  Defendants have not served an answer or a motion for summary judgment.  This dismissal is made without prejudice.

Dated: May 20, 2019        **GLANCY PRONGAY & MURRAY LLP**

                By:__/s/ Brian P. Murray_____
                Brian P. Murray
                230 Park Avenue, Suite 530
                New York, NY 10169
                Tel: (212) 682-5340
                Fax: (212) 884-0988
                Email: bmurray@glancylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the names and addresses of anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Brian P. Murray_____
          Brian P. Murray